**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: T-MOBILE 2022 CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>ALL ACTIONS | MDL No. 3073<br><br>Master Case No.: 4:23-MD-03073-BCW |

### PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY REQUESTS

Pursuant to L.R. 26.3(b), Plaintiffs, by and through their undersigned counsel, hereby give notice that on May 28, 2024, they served their First Set of Discovery Requests Related to Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.'s Motion to Compel Arbitration.

DATED: May 29, 2024

                        Respectfully submitted,

                        **STUEVE SIEGEL HANSON LLP**

                        By   */s/ Norman E. Siegel*
                        Norman E. Siegel – MO #44378
                        460 Nichols Rd. Suite 200
                        Kansas City, MO 64112
                        Tel: 816-714-7100
                        siegel@stuevesiegel.com

                        */s/ Cari Campen Laufenberg*
                        Cari Campen Laufenberg (*Pro Hac Vice*)
                        **KELLER ROHRBACK L.L.P.**
                        1201 Third Avenue
                        Suite 3200
                        Seattle, WA 98101
                        Tel: (206) 623-1900
                        Fax: (206) 623-3384
                        claufenberg@kellerrohrback.com

                        */s/ James J. Pizzirusso*
                        James J. Pizzirusso (*Pro Hac Vice*)

**HAUSFELD LLP**
888 16th St. NW, Ste. 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)540-7201
jpizzirusso@hausfeld.com

*/s/ James E. Cecchi*
James E. Cecchi (*Pro Hac Vice*)
**CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO**
5 Becker Farm Road, Ste. 2nd Floor
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com

*Co-Lead Interim Class Counsel*